ATT: Sharon/Mickey/Larry

# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, Inc.
102 River Street / P.O. Box 3036
Greenville, South Carolina 29602

**EXHIBIT 1**

# CREDIT APPLICATION

**BUSINESS / INDIVIDUAL NAME:** Huffine
**STREET ADDRESS:** 1020 East Trinity LN
**MAILING ADDRESS:** Same
**CITY:** Nashville **STATE:** TN **ZIP CODE:** 37216
**TELEPHONE NO.:** 888-326-8555 **FAX NO.:** 615 262-5743 **A/P CONTACT:** Debbie
**CHECK ONE:** Proprietorship _____ Partnership _____ Corporation ✓
**PARTNERS / PRINCIPLES NAME:** Robert Huffine **PARTNERS / PRINCIPLES NAME:** Berniece Huffine
**HOME ADDRESS:** 136 Skyview **HOME ADDRESS:** _____
**CITY** Hendersonville **CITY** _____
**STATE:** TN **ZIP CODE:** 37075 **STATE:** TN **ZIP CODE:** _____
**HOME PHONE NO.:** 615 824-7477 **HOME PHONE NO.:** 615-644-3955
**TYPE OF BUSINESS:** Electrical **NO. OF EMPLOYEES:** 50
**DATE BUSINESS STARTED:** 1945 **FIN NO.:** 62-1583383
**PURCHASE ORDERS REQUIRED: Y/N** yes **TAX EXEMPT: Y/N NO.:** NO
MUST ATTACH TAX EXEMPTION CERTIFICATE

## COMMERCIAL TRADE REFERENCES

| | NAME | ADDRESS | PHONE NO. | ACCOUNT NO. |
|---|---|---|---|---|
| 1. | Ace Electric | 150 Tupper Dr Gallatin TN | 615.451.3270 | |
| 2. | Hughes Supply | 1133 Polk Ave Nashville TN | 615 256-9200 | |
| 3. | | | | |

**BANK REFERENCE: NAME OF BANK** Union Planters
**TELEPHONE NO.:** 615-868-2265 **CONTACT:** Rex Turner

**TERMS:** Net 10th prox; Credit Terms require payment by the 10th of the month following purchases made through the last day of the prior month.

The applicant and undersigned agrees that in consideration for establishing an account, all charges will be paid in full within terms of sale. In addition, if the account becomes delinquent, the applicant agrees to pay a service charge on the past due balance equal to 1.5% per month. If the account must be referred to a collection agency, attorney or any other third party, the applicant and the undersigned agree to pay all cost and expenses incurred (including reasonable attorney's fees).

**NAME (print)** Robert Huffine **SIGNATURE:** [signature]
**TITLE:** President **DATE:** _____
**ANY SPECIAL INSTRUCTIONS:** _____

— OFFICE USE ONLY — 2/16/99
**SALESPERSON'S NAME:** JGM
**CUSTOMER TYPE:** 03 **CREDIT LIMIT:** 100,000 ?
**APPROVED BY:** _____ **DATE:** _____

# GUARANTY

FOR VALUE RECEIVED, and for the purpose of enabling the Buyer, (as identified below) to obtain credit from Southeastern Electrical Distributors, Inc., a South Carolina corporation (hereinafter referred to as Seller), the undersigned (hereinafter referred to as Guarantor) jointly and severly if there are more than one guarantor, hereby guarantees absolutely and unconditionally the prompt and complete payment to Seller, its successors and assigns, of the sales price of all sales heretofore or hereafter made by the Seller to:

<u>HEC Group, Inc. d/b/a Huffine Electric Co.</u>
(NAME)

<u>Tennessee</u>
(State of Incorporation, if applicable)

<u>611 Wade Circle, Goodlettsville, TN 37072</u>
(ADDRESS)

(which or who is herein referred to as Buyer), plus all interest arising from or relating to such sales and Guarantor also guarantees any cost of collection thereof, including but not limited to attorneys' fees.

Guarantor waives all notice of sale, notice of default, presentment for payment, notice of nonpayment, protest, and notice of acceptance of this guarantee. Extensions, renewals, indulgences, transfers, transfers to creditors committees, or trustees, settlement and compromises in the Seller's sole discretion and with or without any notice to the Guarantor, will not relieve the Guarantor of any liability hereunder.

This will be a continuing guarantee of payment and will be in effect as to all sales made by the Seller to the Buyer on orders placed with the Seller by the Buyer prior to receipt by the Seller of either written notice from the Guarantor of termination of this guarantee or written notice of the death of the Guarantor. Said notice must be sent by registered mail, return receipt requested, to Southeastern Electrical Distributors, Inc., 122 River Street, Greenville, South Carolina to be effective.

The obligations hereunder of the Guarantor are independent and several with regard to those of any other guarantor and shall be binding upon the Guarantor's heirs and personal representatives. The death, or release from liability of any other guarantor shall not relieve the Guarantor hereunder from liability. Termination of another guarantor's obligation shall not affect Guarantor's liability hereunder.

This guarantee is assignable, shall be constructed liberally in favor of Southeastern Electrical Distributors, Inc. and shall inure to the benefit of its successors and assigns. If Buyer should default in performance of any of Buyer's obligations to Seller, and if any third party makes any payment to Seller with respect thereto, such third party shall, to the extent thereof, be subrogated to all of Seller's rights against Guarantor. Legal rights and obligations hereunder shall be determined and construed under the laws of the State of South Carolina.

THERE ARE NO CONDITIONS OR LIMITATIONS TO THIS GUARANTEE EXCEPT AS MAY BE WRITTEN HEREON AT THE TIME OF EXECUTION. THERE SHALL BE NO AMENDMENTS, ADDITIONS, OR DELETIONS EXCEPT AS MAY BE AGREED UPON BY THE SELLER AND THE GUARANTOR IN WRITING.

IN WITNESS WHEREOF, the undersigned Guarantor(s) have set his/their hand(s) and seal(s)

this __30__ day of __Sept__, __2004__

_Robert B. Huffine_
GUARANTOR

_Robert B. Huffine_
GUARANTOR'S NAME - PRINT

_611 Wade Circle Goodlettsville TN 37072_
GUARANTOR'S ADDRESS

_615-855-3711_
GUARANTOR'S TELEPHONE NUMBER

GUARANTOR

GUARANTOR'S NAME - PRINT

GUARANTOR'S ADDRESS

GUARANTOR'S TELEPHONE NUMBER

```
              0.*

      56,250.65+
       3,355.05+
       3,960.47+
      29,783.01+
      26,956.69+
          35.25+
      29,964.52+
      68,147.51+
      81,201.90+
     105,769.31+
      37,321.93+
011
     442,746.29*
```



**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| CUSTOMER | SHIP TO | STATEMENT DATE | CUST NO |
|---|---|---|---|
| HUFFINE ELECTRIC | HUFFINE ELECTRIC-SERVICE CHARG | 01/03/07 | 615 |
| 611 WADE CIRCLE | 611 WADE CIRCLE | PAGE NO | |
| GOODLETTSVILLE, TN 37072 | SERVICE CHARGES | 1 of 1 | |
| | GOODLETTSVILLE, TN 37072 | | |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 12/09/05 | SA467437.001 | 46743700 | 53,436.80 | | 53,436.80 |
| 12/30/05 | SA467936.001 | Serv Chrg | 2,813.85 | | 2,813.85 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 56,250.65 | 0.00 | 0.00 | 0.00 | 0.00 | 56,250.65 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 53,436.80 | 0.00 | 0.00 | 2,813.85 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 1394 |
| PAGE NO | |
| 1 of 1 | |

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN  37072

SHIP TO
HUFFINE ELECTRIC-HOME DEPOT
HOME DEPOT
2525 TIO NONO
MACON, GA 31206

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 04/30/04 | SA451821.001 | 45182101 | 863.14 | | 487.84 |
| 04/30/04 | SA451821.002 | 45182102 | 176.41 | | 176.41 |
| 05/06/04 | SA376597.001 | 37659701 | 175.21 | | 175.21 |
| 05/06/04 | SA451821.003 | 45182105 | 868.53 | | 868.53 |
| 05/12/04 | SA451967.001 | 45196701 | 772.13 | | 772.13 |
| 05/19/04 | SA452224.001 | 45222401 | 106.67 | | 106.67 |
| 05/19/04 | SA452300.001 | 45230001 | 182.89 | | 182.89 |
| 06/04/04 | SA453123.001 | 45312301 | 296.68 | | 296.68 |
| 07/13/04 | SA452224.002 | 45222402 | 215.04 | | 215.04 |
| 01/31/06 | S1002555.001 | Serv Chrg | 73.65 | | 73.65 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 3,355.05 | 0.00 | 0.00 | 0.00 | 0.00 | 3,355.05 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 3,355.05 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



**SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.**

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774   Fax 704-795-6570**

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN   37072

SHIP TO
HUFFINE ELECTRIC-PARK LANE APT
PARK LANE APTS.
7542 S.W. 57TH LANE
GAINSVILLE, FL 32608

# Statement

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO |
|---|---|
| 01/03/07 | 1433 |
| PAGE NO ||
| 1 of 1 ||

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 09/09/05 | SA464502.001 | 46450206 | 1,388.21 | | 1,388.21 |
| 09/13/05 | SA464502.002 | 46450207 | 2,513.73 | | 2,513.73 |
| 01/31/06 | S1002558.001 | Serv Chrg | 58.53 | | 58.53 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 3,960.47 | 0.00 | 0.00 | 0.00 | 0.00 | 3,960.47 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 3,960.47 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

# Statement

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 1834 |
| PAGE NO | |
| 1 of 1 | |

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN  37072

SHIP TO
HUFFINE ELECTRIC-NORTHSIDE APT
C/O NORTHSIDE APTS
2202 WEST NORTH WEST LOOP 323
TYLER, TX 75702

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 09/29/03 | SA446012.001 | 44601204 | 1,936.86 | | 1,936.86 |
| 09/29/03 | SA446294.001 | 44629475 | 576.26 | | 576.26 |
| 09/30/03 | SA446012.002 | 44601205 | 270.39 | | 270.39 |
| 09/30/03 | SA446217.001 | 44621701 | 6,598.40 | | 6,598.40 |
| 10/02/03 | SA446217.002 | 44621702 | 4,215.84 | | 4,215.84 |
| 10/06/03 | SA446590.001 | 44659000 | 452.88 | | 452.88 |
| 10/07/03 | SA446217.003 | 44621703 | 840.50 | | 840.50 |
| 10/10/03 | SA446591.001 | 44659101 | 6,734.40 | | 6,734.40 |
| 10/16/03 | SA446070.001 | 44607001 | 943.87 | | 943.87 |
| 10/16/03 | SA446591.002 | 44659102 | 5,095.94 | | 5,095.94 |
| 11/06/03 | SA447107.001 | 44710701 | 1,058.00 | | 1,058.00 |
| 11/18/03 | SA447546.001 | 44754600 | 146.51 | | 146.51 |
| 02/06/04 | SA449510.001 | 44951001 | 473.00 | | 473.00 |
| 01/31/06 | S1002553.001 | Serv Chrg | 440.16 | | 440.16 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 29,783.01 | 0.00 | 0.00 | 0.00 | 0.00 | 29,783.01 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 29,783.01 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 1835 |
| PAGE NO | |
| 1 of 1 | |

| CUSTOMER | SHIP TO |
|---|---|
| HUFFINE ELECTRIC | HUFFINE ELEC-CARDINAL VILLAGE |
| 611 WADE CIRCLE | C/O CARDINAL VILLAGE APTS. |
| GOODLETTSVILLE, TN  37072 | 1630 CARDINAL STREET |
| | NACOGOCHES, TX 75961 |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 09/29/03 | SA446013.001 | 44601304 | 1,771.65 | | 1,771.65 |
| 09/29/03 | SA446190.001 | 44619002 | 3,040.00 | | 3,040.00 |
| 09/30/03 | SA444686.001 | 44468606 | 209.00 | | 209.00 |
| 09/30/03 | SA446013.002 | 44601305 | 395.08 | | 395.08 |
| 10/03/03 | SA446190.002 | 44619003 | 1,321.30 | | 1,321.30 |
| 10/07/03 | SA446013.003 | 44601306 | 570.40 | | 570.40 |
| 10/21/03 | SA446073.001 | 44607301 | 1,316.87 | | 1,316.87 |
| 10/27/03 | SA447077.001 | 44707700 | 192.29 | | 192.29 |
| 11/06/03 | SA447076.001 | 44707601 | 4,023.63 | | 4,023.63 |
| 11/10/03 | SA447076.002 | 44707602 | 4,780.34 | | 4,780.34 |
| 12/08/03 | SA447741.001 | 44774101 | 2,035.00 | | 2,035.00 |
| 12/08/03 | SA447743.001 | 44774301 | 2,035.00 | | 2,035.00 |
| 12/19/03 | SA448387.001 | 44838700 | 793.25 | | 793.25 |
| 01/23/04 | SA449037.001 | 44903701 | 176.00 | | 176.00 |
| 01/23/04 | SA449037.002 | 44903702 | 2,846.85 | | 2,846.85 |
| 02/02/04 | SA449219.001 | 44921901 | 381.00 | | 381.00 |
| 02/06/04 | SA449511.001 | 44951101 | 473.00 | | 473.00 |
| 02/11/04 | SA449037.003 | 44903703 | 197.64 | | 197.64 |
| 01/31/06 | S1002554.001 | Serv Chrg | 398.39 | | 398.39 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 26,956.69 | 0.00 | 0.00 | 0.00 | 0.00 | 26,956.69 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 26,956.69 |

**All past due balances subject to SERVICE CHARGES of 1.50% per month.**



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO |
|---|---|
| 01/03/07 | 1872 |
| PAGE NO | |
| 1 of 1 | |

| CUSTOMER | SHIP TO |
|---|---|
| HUFFINE ELECTRIC | HUFFINE ELEC-BOYS & GIRLS DAY |
| 611 WADE CIRCLE | BOYS & GIRLS DAYCARE |
| GOODLETTSVILLE, TN  37072 | 1118 GALLATIN RD. |
| | MADISON, TN 37115 |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 01/31/06 | S1002556.001 | Serv Chrg | 35.25 | | 35.25 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 35.25 | 0.00 | 0.00 | 0.00 | 0.00 | 35.25 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 35.25 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

Statement

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 2559 |
| PAGE NO. | |
| 1 of 2 | |

| CUSTOMER | SHIP TO |
|---|---|
| HUFFINE ELECTRIC | HUFFINE ELECTRIC-HARMONY WOODS |
| 611 WADE CIRCLE | HARMONY WOODS |
| GOODLETTSVILLE, TN  37072 | 1045 NATIONAL STREET |
| | MEMPHIS, TN 38122 |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 06/01/05 | SA462350.001 | 46235001 | 242.38 | | 242.38 |
| 06/02/05 | SA461954.001 | 46195475 | 140.22 | | 140.22 |
| 06/03/05 | SA462311.001 | 46231101 | 835.52 | | 835.52 |
| 06/03/05 | SA462311.002 | 46231102 | 361.83 | | 361.83 |
| 06/03/05 | SA462311.003 | 46231103 | 1,085.51 | | 1,085.51 |
| 06/03/05 | SA462311.004 | 46231104 | 407.06 | | 407.06 |
| 06/07/05 | SA462620.001 | 46262000 | 317.45 | | 317.45 |
| 06/07/05 | SA462621.001 | 46262100 | 317.45 | | 317.45 |
| 06/07/05 | SA462622.001 | 46262200 | 210.86 | | 210.86 |
| 06/07/05 | SA462623.001 | 46262300 | 71.56 | | 71.56 |
| 06/08/05 | SA462297.001 | 46229701 | 162.26 | | 162.26 |
| 06/09/05 | SA462622.002 | 46262201 | 65.31 | | 65.31 |
| 06/09/05 | SA462623.002 | 46262301 | 34.27 | | 34.27 |
| 06/10/05 | SA462629.001 | 46262901 | 3,152.22 | | 3,152.22 |
| 06/10/05 | SA462629.002 | 46262902 | 3,129.28 | | 3,129.28 |
| 06/10/05 | SA462629.003 | 46262903 | 3,129.28 | | 3,129.28 |
| 06/10/05 | SA462629.004 | 46262904 | 1,058.39 | | 1,058.39 |
| 06/13/05 | SA462618.001 | 46261801 | 1,153.85 | | 1,153.85 |
| 06/13/05 | SA462618.002 | 46261802 | 2,945.55 | | 2,945.55 |
| 06/13/05 | SA462618.003 | 46261803 | 2,945.55 | | 2,945.55 |
| 06/13/05 | SA462618.004 | 46261804 | 2,945.55 | | 2,945.55 |
| 06/13/05 | SA462661.001 | 46266101 | 273.79 | | 273.79 |
| 06/14/05 | SA462623.003 | 46262375 | 76.16 | | 76.16 |
| 06/16/05 | SA462618.005 | 46261805 | 40.56 | | 40.56 |
| 06/16/05 | SA462618.006 | 46261806 | 121.67 | | 121.67 |
| 06/16/05 | SA462618.007 | 46261807 | 121.67 | | 121.67 |
| 06/16/05 | SA462618.008 | 46261808 | 121.67 | | 121.67 |
| 06/24/05 | SA462311.005 | 46231105 | 678.44 | | 678.44 |
| 06/24/05 | SA462311.006 | 46231106 | 226.15 | | 226.15 |
| 06/27/05 | SA462311.007 | 46231107 | 859.36 | | 859.36 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| | | | |



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 2559 |
| PAGE NO | |
| 2 of 2 | |

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN   37072

SHIP TO
HUFFINE ELECTRIC-HARMONY WOODS
HARMONY WOODS
1045 NATIONAL STREET
MEMPHIS, TN 38122

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/08/05 | SA463473.001 | 46347300 | 248.09 | | 248.09 |
| 08/19/05 | SA464278.001 | 46427801 | 201.95 | | 201.95 |
| 01/31/06 | S1002557.001 | Serv Chrg | 415.21 | | 415.21 |
| 07/31/06 | S1022431.001 | Serv Chrg | 207.61 | | 207.61 |
| 08/31/06 | S1025950.001 | Serv Chrg | 415.21 | | 415.21 |
| 09/30/06 | S1028834.001 | Serv Chrg | 415.21 | | 415.21 |
| 11/01/06 | S1031505.001 | Serv Chrg | 415.21 | | 415.21 |
| 11/30/06 | S1034327.001 | Serv Chrg | 415.21 | | 415.21 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 29,964.52 | 0.00 | 0.00 | 0.00 | 0.00 | 29,964.52 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 415.21 | 415.21 | 29,134.10 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

## Statement

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO |
|---|---|
| 01/03/07 | 613 |
| PAGE NO | |
| 1 of 1 | |

| CUSTOMER | SHIP TO |
|---|---|
| HUFFINE ELECTRIC | HUFFINE ELECTRIC-BAY HARBOR AP |
| 611 WADE CIRCLE | C/O BAY HARBOR APTS. |
| GOODLETTSVILLE, TN  37072 | 13881 MCGREGOR BLVD. |
| | FT.MYERS, FL 33919 |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/10/03 | SA444060.001 | 44406001 | 6,250.10 | | 6,250.10 |
| 07/10/03 | SA444176.001 | 44417604 | 5,442.98 | | 5,442.98 |
| 07/15/03 | SA444176.002 | 44417605 | 2,576.50 | | 2,576.50 |
| 07/15/03 | SA444176.003 | 44417606 | 1,302.91 | | 1,302.91 |
| 07/22/03 | SA444511.001 | 44451101 | 1,358.79 | | 1,358.79 |
| 07/22/03 | SA444512.001 | 44451201 | 8,175.64 | | 8,175.64 |
| 07/30/03 | SA444176.004 | 44417607 | 6,364.64 | | 6,364.64 |
| 08/11/03 | SA444908.001 | 44490802 | 2,271.92 | | 2,271.92 |
| 08/18/03 | SA444908.002 | 44490803 | 6,068.01 | | 6,068.01 |
| 09/03/03 | SA445649.001 | 44564901 | 2,843.30 | | 2,843.30 |
| 09/08/03 | SA445649.002 | 44564903 | 1,450.88 | | 1,450.88 |
| 09/08/03 | SA445649.003 | 44564904 | 4,313.50 | | 4,313.50 |
| 09/09/03 | SA445649.004 | 44564905 | 7,131.15 | | 7,131.15 |
| 09/16/03 | SA444176.005 | 44417609 | 2,218.71 | | 2,218.71 |
| 09/25/03 | SA445841.001 | 44584102 | 5,310.71 | | 5,310.71 |
| 10/07/03 | SA446324.001 | 44632402 | 1,457.71 | | 1,457.71 |
| 10/14/03 | SA446472.001 | 44647206 | 1,453.56 | | 1,453.56 |
| 04/06/04 | SA102403.001 | 10240375 | 171.66 | | 171.66 |
| 01/31/06 | S1002550.001 | Serv Chrg | 992.42 | | 992.42 |
| 02/28/06 | S1006784.001 | Serv Chrg | 992.42 | | 992.42 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 68,147.51 | 0.00 | 0.00 | 0.00 | 0.00 | 68,147.51 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 68,147.51 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

## Statement

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO |
|---|---|
| 01/03/07 | 773 |

| PAGE NO |
|---|
| 1 of 2 |

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN   37072

SHIP TO
HUFFINE ELEC-REGISTRY @ WESTER
THE REGISTRY @ WESTERN KY
103 OLD MORGANTOWN RD.
BOWLING GREEN, KY 42101

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 06/02/05 | SA462266.001 | 46226675 | 115.06 | | 115.06 |
| 06/03/05 | SA462515.001 | 46251500 | 3,472.16 | | 3,472.16 |
| 06/06/05 | SA462514.001 | 46251401 | 4,123.40 | | 4,123.40 |
| 06/08/05 | SA462515.002 | 46251575 | 254.49 | | 254.49 |
| 06/13/05 | SA462514.002 | 46251402 | 22.97 | | 22.97 |
| 06/13/05 | SA462514.003 | 46251403 | 206.75 | | 206.75 |
| 06/13/05 | SA462514.004 | 46251404 | 262.99 | | 262.99 |
| 06/14/05 | SA462668.001 | 46266801 | 2,609.56 | | 2,609.56 |
| 06/14/05 | SA462671.001 | 46267101 | 3,547.71 | | 3,547.71 |
| 06/20/05 | SA462662.001 | 46266201 | 488.45 | | 488.45 |
| 06/20/05 | SA462662.002 | 46266202 | 976.90 | | 976.90 |
| 06/20/05 | SA462662.003 | 46266203 | 814.08 | | 814.08 |
| 06/20/05 | SA462662.004 | 46266204 | 671.62 | | 671.62 |
| 06/22/05 | SA462669.001 | 46266901 | 5,152.99 | | 5,152.99 |
| 06/22/05 | SA462670.001 | 46267001 | 4,300.24 | | 4,300.24 |
| 06/22/05 | SA462670.002 | 46267002 | 27.13 | | 27.13 |
| 06/23/05 | SA462672.001 | 46267201 | 596.24 | | 596.24 |
| 06/23/05 | SA462672.002 | 46267202 | 710.19 | | 710.19 |
| 06/23/05 | SA462672.003 | 46267203 | 649.42 | | 649.42 |
| 06/23/05 | SA462672.004 | 46267204 | 389.65 | | 389.65 |
| 06/28/05 | SA463123.001 | 46312301 | 124.19 | | 124.19 |
| 07/01/05 | SA463122.001 | 46312201 | 3,132.30 | | 3,132.30 |
| 07/06/05 | SA463363.001 | 46336300 | 358.86 | | 358.86 |
| 07/08/05 | SA463123.002 | 46312300 | 1,706.71 | | 1,706.71 |
| 07/11/05 | SA463122.002 | 46312202 | 4,999.31 | | 4,999.31 |
| 07/13/05 | SA463123.003 | 46312375 | 200.83 | | 200.83 |
| 07/14/05 | SA463123.004 | 46312390 | | | -20.87 |
| 07/14/05 | SA463538.001 | 46353801 | 1,123.70 | | 1,123.70 |
| 07/18/05 | SA388579.001 | 38857901 | 2,846.47 | | 2,846.47 |
| 07/18/05 | SA463538.002 | 46353802 | 900.14 | | 900.14 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| | | | |



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774   Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 773 |
| PAGE NO | |
| 2 of 2 | |

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN   37072

SHIP TO
HUFFINE ELEC-REGISTRY @ WESTER
THE REGISTRY @ WESTERN KY
103 OLD MORGANTOWN RD.
BOWLING GREEN, KY 42101

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/20/05 | SA463122.003 | 46312203 | 9,998.62 | | 9,998.62 |
| 07/27/05 | SA388920.001 | 38892001 | 4,129.24 | | 4,129.24 |
| 07/28/05 | SA463122.004 | 46312204 | 1,666.44 | | 1,666.44 |
| 08/09/05 | SA464026.001 | 46402601 | 336.55 | | 336.55 |
| 08/09/05 | SA464027.001 | 46402701 | 826.53 | | 826.53 |
| 08/18/05 | SA464336.001 | 46433601 | 347.56 | | 347.56 |
| 08/18/05 | SA464496.001 | 46449601 | 421.57 | | 421.57 |
| 08/18/05 | SA464500.001 | 46450000 | 331.37 | | 331.37 |
| 08/25/05 | SA464674.001 | 46467400 | 640.93 | | 640.93 |
| 09/15/05 | SA465014.001 | 46501401 | 60.95 | | 60.95 |
| 09/15/05 | SA465014.002 | 46501475 | 4.91 | | 4.91 |
| 01/31/06 | S1002548.001 | Serv Chrg | 952.88 | | 952.88 |
| 02/28/06 | S1006781.001 | Serv Chrg | 952.88 | | 952.88 |
| 03/31/06 | S1009666.001 | Serv Chrg | 3,661.46 | | 3,661.46 |
| 04/28/06 | S1012766.001 | Serv Chrg | 2,523.48 | | 2,523.48 |
| 05/31/06 | S1016115.001 | Serv Chrg | 2,634.80 | | 2,634.80 |
| 06/30/06 | S1019346.001 | Serv Chrg | 2,660.13 | | 2,660.13 |
| 07/31/06 | S1022428.001 | Serv Chrg | 476.44 | | 476.44 |
| 08/31/06 | S1025947.001 | Serv Chrg | 952.88 | | 952.88 |
| 09/30/06 | S1028831.001 | Serv Chrg | 952.88 | | 952.88 |
| 11/01/06 | S1031502.001 | Serv Chrg | 952.88 | | 952.88 |
| 11/30/06 | S1034324.001 | Serv Chrg | 952.88 | | 952.88 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 81,201.90 | 0.00 | 0.00 | 0.00 | 0.00 | 81,201.90 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 952.88 | 952.88 | 79,296.14 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO |
|---|---|
| 01/03/07 | 855 |
| PAGE NO | |
| 1 of 3 | |

| CUSTOMER | SHIP TO |
|---|---|
| HUFFINE ELECTRIC | HUFFINE ELECTRIC-CAMELLIA TRAC |
| 611 WADE CIRCLE | C/O CAMELLIA TRACE APTS |
| GOODLETTSVILLE, TN  37072 | 2006 BIG SPRING ROAD |
| | MARYVILLE, TN 37802 |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/10/03 | SA444111.001 | 44411101 | 830.85 | | 830.85 |
| 07/10/03 | SA444136.001 | 44413602 | 2,766.12 | | 2,766.12 |
| 07/14/03 | SA444111.002 | 44411102 | 1,811.58 | | 1,811.58 |
| 07/14/03 | SA444111.003 | 44411103 | 739.21 | | 739.21 |
| 07/21/03 | SA444559.001 | 44455901 | 1,491.09 | | 1,491.09 |
| 07/21/03 | SA444560.001 | 44456002 | 629.28 | | 629.28 |
| 07/21/03 | SA444561.001 | 44456100 | 361.52 | | 361.52 |
| 07/22/03 | SA444601.001 | 44460101 | 3,094.53 | | 3,094.53 |
| 07/23/03 | SA444645.001 | 44464500 | 9,341.34 | | 9,341.34 |
| 07/23/03 | SA444645.002 | 44464501 | 414.93 | | 414.93 |
| 07/23/03 | SA444648.001 | 44464801 | 347.97 | | 347.97 |
| 07/23/03 | SA444739.001 | 44473900 | 807.18 | | 807.18 |
| 07/29/03 | SA444560.002 | 44456003 | 2,570.65 | | 2,570.65 |
| 07/29/03 | SA444560.003 | 44456005 | 1,188.43 | | 1,188.43 |
| 07/29/03 | SA444643.001 | 44464301 | 486.16 | | 486.16 |
| 07/29/03 | SA444650.001 | 44465002 | 698.98 | | 698.98 |
| 07/29/03 | SA444650.002 | 44465003 | 698.98 | | 698.98 |
| 08/06/03 | SA445170.001 | 44517000 | 227.51 | | 227.51 |
| 08/06/03 | SA445171.001 | 44517100 | 209.76 | | 209.76 |
| 08/08/03 | SA445209.001 | 44520900 | 2,567.38 | | 2,567.38 |
| 08/11/03 | SA444650.003 | 44465004 | 175.12 | | 175.12 |
| 08/11/03 | SA444650.004 | 44465005 | 2,550.80 | | 2,550.80 |
| 08/11/03 | SA444650.005 | 44465006 | 2,336.93 | | 2,336.93 |
| 08/19/03 | SA445448.001 | 44544800 | 275.30 | | 275.30 |
| 08/28/03 | SA445449.001 | 44544901 | 800.26 | | 800.26 |
| 08/28/03 | SA445450.001 | 44545001 | 1,454.72 | | 1,454.72 |
| 08/29/03 | SA445691.001 | 44569100 | 201.57 | | 201.57 |
| 09/05/03 | SA445819.001 | 44581900 | 1,845.32 | | 1,845.32 |
| 09/11/03 | SA445958.001 | 44595800 | 311.76 | | 311.76 |
| 09/19/03 | SA445960.001 | 44596001 | 675.15 | | 675.15 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| | | | |



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| CUSTOMER | SHIP TO | STATEMENT DATE | CUST NO |
|---|---|---|---|
| HUFFINE ELECTRIC<br>611 WADE CIRCLE<br>GOODLETTSVILLE, TN 37072 | HUFFINE ELECTRIC-CAMELLIA TRAC<br>C/O CAMELLIA TRACE APTS<br>2006 BIG SPRING ROAD<br>MARYVILLE, TN 37802 | 01/03/07 | 855 |
| | | PAGE NO | |
| | | 2 of 3 | |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 09/22/03 | SA446086.001 | 44608600 | 1,583.99 | | 1,583.99 |
| 09/22/03 | SA446086.002 | 44608601 | 2,614.09 | | 2,614.09 |
| 09/22/03 | SA446176.001 | 44617600 | 821.67 | | 821.67 |
| 09/22/03 | SA446179.001 | 44617900 | 262.13 | | 262.13 |
| 09/22/03 | SA446180.001 | 44618000 | 286.71 | | 286.71 |
| 09/22/03 | SA446180.002 | 44618001 | 223.00 | | 223.00 |
| 09/23/03 | SA446181.001 | 44618101 | 362.90 | | 362.90 |
| 09/23/03 | SA446181.002 | 44618102 | 1,690.24 | | 1,690.24 |
| 09/24/03 | SA446115.001 | 44611501 | 1,617.63 | | 1,617.63 |
| 09/24/03 | SA446180.003 | 44618075 | 287.66 | | 287.66 |
| 09/25/03 | SA446087.001 | 44608701 | 315.21 | | 315.21 |
| 09/25/03 | SA446088.001 | 44608801 | 315.21 | | 315.21 |
| 09/25/03 | SA446186.001 | 44618601 | 630.92 | | 630.92 |
| 09/25/03 | SA446188.001 | 44618801 | 398.62 | | 398.62 |
| 09/29/03 | SA446089.001 | 44608901 | 1,927.62 | | 1,927.62 |
| 09/29/03 | SA446089.002 | 44608902 | 822.23 | | 822.23 |
| 09/29/03 | SA446194.001 | 44619401 | 209.19 | | 209.19 |
| 09/30/03 | SA446089.003 | 44608903 | 739.21 | | 739.21 |
| 10/03/03 | SA446516.001 | 44651600 | 613.53 | | 613.53 |
| 10/03/03 | SA446525.001 | 44652500 | 739.21 | | 739.21 |
| 10/03/03 | SA446526.001 | 44652600 | 739.21 | | 739.21 |
| 10/03/03 | SA446527.001 | 44652700 | 525.35 | | 525.35 |
| 10/03/03 | SA446528.001 | 44652800 | 213.86 | | 213.86 |
| 10/03/03 | SA446531.001 | 44653100 | 1,317.68 | | 1,317.68 |
| 10/08/03 | SA446516.002 | 44651675 | 178.30 | | 178.30 |
| 10/08/03 | SA446533.001 | 44653301 | 1,825.76 | | 1,825.76 |
| 10/10/03 | SA446657.001 | 44665701 | 425.80 | | 425.80 |
| 10/15/03 | SA446807.001 | 44680700 | 219.51 | | 219.51 |
| 10/15/03 | SA446808.001 | 44680800 | 219.51 | | 219.51 |
| 10/21/03 | SA446519.001 | 44651901 | 2,458.13 | | 2,458.13 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| | | | | | |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| | | | |



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

**Statement**

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 855 |
| PAGE NO | |
| 3 of 3 | |

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN  37072

SHIP TO
HUFFINE ELECTRIC-CAMELLIA TRAC
C/O CAMELLIA TRACE APTS
2006 BIG SPRING ROAD
MARYVILLE, TN 37802

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 10/21/03 | SA446520.001 | 44652001 | 1,811.58 | | 1,811.58 |
| 10/21/03 | SA446521.001 | 44652101 | 1,043.78 | | 1,043.78 |
| 10/21/03 | SA446521.002 | 44652102 | 2,497.34 | | 2,497.34 |
| 11/17/03 | SA447510.001 | 44751000 | 696.67 | | 696.67 |
| 11/20/03 | SA447632.001 | 44763200 | 2,049.47 | | 2,049.47 |
| 11/26/03 | SA447715.001 | 44771500 | 2,062.08 | | 2,062.08 |
| 11/26/03 | SA447716.001 | 44771600 | 481.12 | | 481.12 |
| 12/01/03 | SA447785.001 | 44778500 | 627.37 | | 627.37 |
| 12/02/03 | SA447753.001 | 44775300 | 4,240.55 | | 4,240.55 |
| 12/05/03 | SA447718.001 | 44771801 | 5,850.05 | | 5,850.05 |
| 12/05/03 | SA447718.002 | 44771802 | 385.79 | | 385.79 |
| 12/05/03 | SA447984.001 | 44798400 | 278.71 | | 278.71 |
| 12/11/03 | SA447852.001 | 44785201 | 444.13 | | 444.13 |
| 12/31/03 | SA448523.001 | 44852300 | 2,506.70 | | 2,506.70 |
| 12/31/03 | SA448524.001 | 44852400 | 924.47 | | 924.47 |
| 01/05/04 | SA448624.001 | 44862400 | 779.09 | | 779.09 |
| 01/14/04 | SA448734.001 | 44873401 | 648.95 | | 648.95 |
| 01/27/04 | SA448604.001 | 44860401 | 213.86 | | 213.86 |
| 01/27/04 | SA448604.002 | 44860402 | 525.35 | | 525.35 |
| 01/28/04 | SA448604.003 | 44860403 | 1,811.58 | | 1,811.58 |
| 01/31/06 | S1002551.001 | Serv Chrg | 1,445.57 | | 1,445.57 |
| 02/28/06 | S1006785.001 | Serv Chrg | 1,445.57 | | 1,445.57 |
| 07/31/06 | S1022429.001 | Serv Chrg | 722.79 | | 722.79 |
| 08/31/06 | S1025948.001 | Serv Chrg | 1,445.57 | | 1,445.57 |
| 09/30/06 | S1028832.001 | Serv Chrg | 1,445.57 | | 1,445.57 |
| 11/01/06 | S1031503.001 | Serv Chrg | 1,445.57 | | 1,445.57 |
| 11/30/06 | S1034325.001 | Serv Chrg | 1,445.57 | | 1,445.57 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 105,769.31 | 0.00 | 0.00 | 0.00 | 0.00 | 105,769.31 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 1,445.57 | 1,445.57 | 102,878.17 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.



# SOUTHEASTERN ELECTRICAL DISTRIBUTORS, inc.

**CONCORD BRANCH**
**2900 ARMENTROUT DRIVE**
**CONCORD NC 28025**
**704-795-3774  Fax 704-795-6570**

CUSTOMER
HUFFINE ELECTRIC
611 WADE CIRCLE
GOODLETTSVILLE, TN  37072

SHIP TO
HUFFINE ELECTRIC-SAINT LEO UNI
C/O SAINT LEO UNIVERSITY
33701 STATE RD 52
SAINT LEO, FL 33574

## Statement

REMIT TO:
SOUTHEASTERN ELECTRICAL DIST.
PO BOX 2005
GREENVILLE SC 29602
864-233-7484

| STATEMENT DATE | CUST NO. |
|---|---|
| 01/03/07 | 881 |
| PAGE NO | |
| 1 of 1 | |

| DATE | INVOICE NUMBER | PURCHASE ORDER NUMBER | INVOICE AMOUNT | PAYMENTS/CREDITS | NET DUE |
|---|---|---|---|---|---|
| 07/11/03 | SA444462.001 | 44446200 | 273.60 | | 273.60 |
| 07/14/03 | SA444177.001 | 44417705 | 1,239.43 | | 1,239.43 |
| 07/18/03 | SA444618.001 | 44461800 | 552.15 | | 552.15 |
| 07/21/03 | SA443607.001 | 44360702 | 3,975.00 | | 3,975.00 |
| 07/21/03 | SA443607.002 | 44360703 | 9,263.66 | | 9,263.66 |
| 07/21/03 | SA444177.002 | 44417706 | 871.79 | | 871.79 |
| 08/26/03 | SA445053.001 | 44505301 | 545.52 | | 545.52 |
| 08/26/03 | SA445329.001 | 44532901 | 331.10 | | 331.10 |
| 08/28/03 | SA445644.001 | 44564400 | 175.40 | | 175.40 |
| 09/02/03 | SA444177.003 | 44417708 | 4,941.02 | | 4,941.02 |
| 09/03/03 | SA090303.001 | 9030375 | 394.21 | | 394.21 |
| 09/15/03 | SA445570.001 | 44557001 | 296.80 | | 296.80 |
| 09/30/03 | SA445025.001 | 44502501 | 524.70 | | 524.70 |
| 11/11/03 | SA447399.001 | 44739900 | 1,225.67 | | 1,225.67 |
| 11/14/03 | SA447399.002 | 44739975 | 302.38 | | 302.38 |
| 11/18/03 | SA447399.003 | 44739901 | 253.68 | | 253.68 |
| 11/24/03 | SA447402.001 | 44740201 | 258.38 | | 258.38 |
| 12/03/03 | SA447949.001 | 44794900 | 203.79 | | 203.79 |
| 12/08/03 | SA447237.001 | 44723701 | 407.80 | | 407.80 |
| 12/12/03 | SA447237.002 | 44723702 | 2,248.51 | | 2,248.51 |
| 12/30/03 | SA447237.003 | 44723703 | 6,192.85 | | 6,192.85 |
| 01/31/06 | S1002552.001 | Serv Chrg | 517.18 | | 517.18 |
| 07/31/06 | S1022430.001 | Serv Chrg | 258.59 | | 258.59 |
| 08/31/06 | S1025949.001 | Serv Chrg | 517.18 | | 517.18 |
| 09/30/06 | S1028833.001 | Serv Chrg | 517.18 | | 517.18 |
| 11/01/06 | S1031504.001 | Serv Chrg | 517.18 | | 517.18 |
| 11/30/06 | S1034326.001 | Serv Chrg | 517.18 | | 517.18 |

| PREV BALANCE | PAYMENTS | CREDITS | PURCHASES | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|
| 37,321.93 | 0.00 | 0.00 | 0.00 | 0.00 | 37,321.93 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 0.00 | 517.18 | 517.18 | 36,287.57 |

All past due balances subject to SERVICE CHARGES of 1.50% per month.